**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| STEPHEN RATNER, AUDREY RATNER AND DR. ROBERT OSTOYICH, | : No. 440 EAL 2019 |
| | : |
| | : |
| Respondents | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| IRON STONE REAL ESTATE FUND I, L.P., | : |
| IRON STONE REAL ESTATE GROUP I, | : |
| LLC AND ANDREW V. EISENSTEIN, | : |
| | : |
| Petitioners | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.